UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JIMMY PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:07-CV-015-C |
| | ) | ECF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OVERRULING OBJECTIONS AND ADOPTING
THE UNITED STATES MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The United States Magistrate Judge entered a Report and Recommendation on October 11, 2007. Plaintiff has filed objections to such Report and Recommendation. The Court has made a *de novo* review of the records. It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is dismissed with prejudice.

Dated December 6, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT